[No. 20347-6-III. Division Three. May 23, 2002.]

MIKE M. JOHNSON, INC., *Appellant*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-01156-7, Richard J. Schroeder, J., entered October 30, 2000. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kato, J. Now published at 112 Wn. App. 462.

[No. 24725-9-II. Division Two. May 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. MCCARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00813-9, Gordon Godfrey, J., entered April 26, 1999. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 25197-3-II. Division Two. May 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DURON A. DEANSMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00152-2, William J. Kamps, J., entered October 15, 1999. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.